```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHARLES M. DAVIS,              )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )         2:14cv43-MHT
                               )             (WO)
THE PRUDENTIAL INSURANCE       )
COMPANY OF AMERICA,            )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Prudential Insurance Company of America's motion to dismiss (doc. no. 8) is granted.

(2) This lawsuit is dismissed in its entirety without prejudice and with leave to plaintiff Charles M. Davis to file, within 14 days, a motion to set aside the dismissal and to amend the complaint to assert a viable ERISA claim, if a viable ERISA claim does exist.

It is further ORDERED that costs are taxed against plaintiff Davis, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of September, 2015.

　　　　　　　　　　　　　／s/ Myron H. Thompson　　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE